

FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0710

ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0710

FILED

NOV 2 3 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CITY OF MISSOULA,

    Plaintiff and Appellee,

v.

CHRISTIAN BRIDENSTINE,

    Defendant and Appellant.

ORDER

Counsel for Appellant Christian Bridenstine filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Bridenstine time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders.* We conclude no arguments with potential legal merit can be raised in a direct appeal of Bridenstine's conviction in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Bridenstine personally.

DATED this ___24___ day of November, 2020.

_____
Chief Justice

_____

_[signatures]_

Justices